IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MIN SIK KANG and ) | Case No. 10-18839-RGM |
| MAN SUN KANG, ) | |
| ) | (Chapter 11) |
| Debtors. ) | |

### NOTICE OF TRANSFER OF CLAIM OF WILEY REIN LLP TO YEON K. HAN, KI YOON, SUN KYUNG LIM, JAMES Y. SOHN, GRAND INVESTMENT, LLC AND CHUNG LIM SHIN PURSUANT TO FED. R. BANKR. P. 3001

Yeon K. Han, Ki Yoon, Sun Kyung Lim, James Y. Sohn, Grand Investment, LLC and Chung Lim Shin (collectively "Transferee"), by and through counsel, hereby files this Notice of Transfer of Claim (Proof of Claim 36-1) to Transferee pursuant to Fed. R. Bankr. P. 3001, and in support states:

### The Claim

1.  On February 22, 2011, Wiley Rein LLP timely filed its proof of claim in this case: Proof of Claim No. 36-1 as an unsecured non-priority proof of claim in the amount of $16,338.46 (the "Claim"). A Copy of the Claim is attached hereto as Exhibit 1.

### Jurisdiction and Venue

2.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory grounds for the relief requested in this Motion are 11 U.S.C. § 105 and Fed. R. Bankr. P. 3001.

**NOTICE IS HEREBY GIVEN THAT THE CLAIM SHALL BE TRANSFERRED TO YEON K. HAN, KI YOON, SUN KYUNG LIM, JAMES Y. SOHN, GRAND**

Thomas W. Repczynski, Esq.
Offit Kurman, P.C.
8300 Boone Boulevard, Suite 500
Vienna, VA 22182
(703) 745-1801
(703) 745-1835 (fax)
trepczynski@offitkurman.com
Counsel for Transferee

INVESTMENT, LLC AND CHUNG LIM SHIN (TO THE EXTENT DISTRIBUTIONS ARE MADE FROM THIS ESTATE). NO ACTION IS REQUIRED IF YOU DO NOT OBJECT TO THE TRANSFER OF THE CLAIMS. IF YOU OBJECT TO THE TRANSFER, YOU MUST FILE A WRITTEN OBJECTION WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF THIS NOTICE.

Date: July 23, 2012

Respectfully submitted,

OFFIT KURMAN, P.A.


By:_____/s/_____
Thomas W. Repczynski, Esq., VSB No. 39967
Offit Kurman, P.C.
8300 Boone Boulevard, Suite 500
Vienna, VA 22182
(703) 745-1801
(703) 745-1835 (fax)
trepczynski@offitkurman.com

## CERTIFICATE OF SERVICE

The following parties received electronic notice of this filing:

| | |
|---|---|
| Linda Dianne Regenhardt | lregenhardt@garylaw.usm |
| Joseph A. Guzinski | joseph.a.guzinski@usdoj.gov |
| Michael Tully Driscoll | michael.driscoll@usdoj.gov |
| Bradford F. Englander | benglander@wtplaw.com |
| Justin Fasano | jfasano@wtplaw.com |

To the extent that the following persons were not served electronically via CM/ECF system, a copy of the **Notice of Transfer of Claim Pursuant to Fed. R. Bankr. P. 3001** was first class mailed, postage prepaid, this 23rd day of July, 2012, to:

Min Sik Kang
9378 Colbert Court
Fairfax, VA 22032
*Debtor*

Man Sun Kang
9378 Colbert Court
Fairfax, VA 22032
*Joint Debtor*

Linda Dianne Regenhardt, Esq.
Gary Regenhardt Goldstein Wade PC
8500 Leesburg Pike, Suite 400
Vienna, VA 22182-2409
*Counsel for Debtor*

Joseph A. Guzinski, Esq.
Michael Tully Driscoll, Esq.
Office of the U.S. Trustee
115 South Union Street
Alexandria, VA 22314

Bradford Englander, Esq.
Justin Fasano, Esq.
Whiteford Taylor & Preston, LLP
Suite 300
3190 Fairview Park Drive
Falls Church, VA 22042

U.S. Trustee
W. Clarkson McDow, Jr.
Office of the U.S. Trustee
115 South Union Street
Alexandria, VA 22314

Rebecca L. Saitta, Esq.
Wiley Rein LLP
7925 Jones Branch Drive, #6200
McLean, VA 22102

By: _____/s/_____
Thomas W. Repczynski, Esq.

3

# EXHIBIT 1

ANY ATTACHMENTS MUST BE 8-1/2 X 11

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT __EASTERN__ DISTRICT OF __VIRGINIA__ | PROOF OF CLAIM |
|---|---|

Name of Debtor: Min Sik Kang and Man Sun Kang

Case Number: 10-18839-RGM

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Wiley Rein LLP

Name and address where notices should be sent:
Rebecca L. Saitta, Wiley Rein LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102

Telephone number: (703) 905-2800

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:   $ 16,338.46*

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Legal fees
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 2/22/11

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Rebecca L. Saitta, attorney for Wiley Rein LLP
*Rebecca L. Saitta*

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*plus interest, attorneys' fees and costs.

Wiley Rein LLP
Min Sik Kang and Man Sun Kang
Bill and Payment Report

Matter:

Kimberly Lee v. Kang, et al. (United States District Court, Eastern District of Virginia)

| Date | Type | Amount |
|---|---|---|
| 1/31/09 | Invoice | $26,000 |
| 1/31/09 | Payment | ($25,000) |
| 11/16/09 | Payment | ($1,000) |
| 2/17/09 | Invoice | $20,338.46 |
| 11/16/09 | Payment | ($4,000) |
| Balance | | $16,338.46 |

**TOTAL BALANCE DUE:** $16,338.46 plus interest, attorneys' fees and costs.

13247895.1