Jeffrey L. Tarkenton (VSB No. 20631)
Womble Bond Dickinson (US) LLP
2001 K Street, NW
Suite 400 South
Washington, DC  20006
(202) 857-4450 – Telephone
(202) 261-0050 – Facsimile

*Counsel for Raymond A. Yancey,*
 *Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| In Re: | |
| | Case No. 10-18839-BFK |
| MIN SIK KANG | |
| MAN SUN KANG, | Chapter 11 |
| | |
| Debtors. | |

**NOTICE OF PLAN ADMINISTRATOR'S MARKETING**
**AND SALE OF JUDGMENTS**

PLEASE TAKE NOTICE that Raymond A. Yancey, in his capacity as the Plan Administrator (the "Plan Administrator") for the Liquidation Trust, has engaged Hilco IP Services, LLC d/b/a Hilco Streambank ("Hilco Streambank") to market the following judgments for sale:

1. Judgment entered on August 24, 2017, against Steve Kim and Sue Kim in the amount of $134,256.08, and against Min Sik Kang and Man Sun Kang in the amount of $21,536.12.
2. Consent Judgment Order entered on January 25, 2018, against Min Sik Kang and Man Sun Kang in the amount of $11,000,000, against Sue Kim, Steve Kim and Young Nam Kang in the amount of $2,500,000, and against Sue Kim and Steve Kim in the amount of $91,731.50.  The Modified Consent Judgment Order entered on January 13, 2020 reduced the $2,500,000 judgment against Sue Kim, Steve Kim and Young Nam Kang to $1,500,000.

The offer deadline is April 25, 2022 and the proposed virtual auction date is April 28, 2022.  The Plan Administrator reserves the right to enter into an agreement to sell and/or transfer the judgments prior to the abovementioned dates.  A copy of a marketing flyer prepared by Hilco

Streambank is attached hereto.  Anyone interested in purchasing the judgments is encouraged to contact Hilco Streambank using the contact information on the attached marketing flyer.

Dated:  April 13, 2021

Respectfully submitted,

   /s/ Jeffrey L. Tarkenton
Jeffrey L. Tarkenton (VSB No. 20631)
Womble Bond Dickinson (US) LLP
2001 K Street, NW,
Suite 400 South
Washington, DC  20006
Telephone  202-857-4450
Facsimile:  202-261-0050
Email:  jeffrey.tarkenton@wbd-us.com

*Counsel for Raymond A. Yancey,*
   *Plan Administrator*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of April, 2022, I caused a copy of the foregoing Notice of Plan Administrator's Marketing and Sale of Judgments via the Court's CM/ECF system and by first class, U.S. mail, postage prepaid, upon the persons listed below.

    American Express Bank FSB
    c/o Becket and Lee LLP
    P. O. Box 3001
    Malvern, PA  19355-0701

    Bank of America, N.A.
    c/o Kevin Driscoll, Jr.
    Barnes & Thornburg LLP
    One North Wacker Drive, Suite 4400
    Chicago, IL  60606

    Brixmor/IA Northeast Plaza, LLC
    c/o Heather D. Brown, Esq.
    Kitchens Kelley Gaynes, P.C.
    Eleven Piedmont Center – Suite 900
    3495 Piedmont Road, NE
    Atlanta, GA  30305-1717

    Tony Chong & Kyung Kim
    c/o Paul Kim, US SEC
    2475 Lenox Road NE, Suite 500
    Atlanta, GA  30326-1232

    Seung Kyu and Yu Cha Park
    6509 Flowerdew Hundred Court
    Centreville, VA  20120

    HSBC/SAKS
    140 West Industrial Drive
    Elmhurst, IL  60126-1602

    US Bank, N.A.
    101 Fifth Street East
    Suite A
    St. Paul, MN  55101

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA  19101-7346

Ogletree Deakins
918 South Pleasantburg Drive
Greenville, SC  29607-2424

James A. Vidmar, Esq.
Yumkas, Vidmar, Sweeney &
Mulrenin, LLC
10211 Wincopin Circle
Columbia, MD  21044

Michael Freeman, Esq.
Office of the United States Trustee
115 South Union Street
Room 210
Alexandria, VA  22314

Min Sik Kang
Man Sun Kang
9001 Lake Braddock Drive
Burke, Virginia 22015

    /s/ Jeffrey L. Tarkenton
Jeffrey L. Tarkenton