**Hilco Streambank**

# $12M+ IN JUDGMENTS FOR SALE

Offer Deadline: April 25, 2022
Auction Date: April 28, 2022

## CONTACT HILCO STREAMBANK FOR MORE INFORMATION

Jordon Parker
jparker@hilcoglobal.com
719.821.0894

Gabe Fried
gfried@hilcoglobal.com
617.458.9355

Richelle Kalnit
rkalnit@hilcoglobal.com
212.993.7214

## BANKRUPTCY INFORMATION

United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division)

Bankruptcy Petition No. 10-18839-BFK, Petition Date October 19, 2010

Adversary Proceeding No. 16-01005-BFK

## JUDGMENT DEBTORS*

Min Sik Kang**
Man Sun Kang**
Sue Kang Kim
Steve Kim
Young Nam Kang

## PLAINTIFF

Raymond A. Yancey, Plan Administrator

---

\*   The last known whereabouts of each judgment debtor can be provided upon execution of a nondisclosure agreement.
\*\*  Judgments against Min Sik Kang and Man Sun Kang adjudged nondischargeable in bankruptcy.