# $1200 만 이상의 매각 판결

제안 마감일: 2022 년 4 월 25 일

경매 날짜: 2022 년 4 월 28 일

**자세한 내용은 HILCO STREAMBANK 에 문의해 주십시오.**

Jordon Parker
[jparker@hilcoglobal.com](mailto:jparker@hilcoglobal.com)
719.821.0894

Gabe Fried
[jparker@hilcoglobal.com](mailto:jparker@hilcoglobal.com)
617.458.9355

Richelle Kalnit
[rkalnit@hilcoglobal.com](mailto:rkalnit@hilcoglobal.com)
212.993.7214

**파산 정보**
United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division)

파산 신청 No. 10-18839-BFK, 신청일 2010 년 10 월 19 일

이의 신청 No. 16-01005-BFK

**판결 채무자\***
Min Sik Kang\*\*
Man Sun Kang\*\*
Sue Kang Kim
Steve Kim
Young Nam Kang

**원고**
Raymond A. Yancey, 계획 관리자

\*  각 판결 채무자의 마지막으로 알려진 소재는 비공개 계약 이행 시 제공될 수 있습니다.
\*\*  Min Sik Kang 과 Man Sun Kang 에 대한 판결은 파산면책불가 판정을 받았습니다.