Jeffrey L. Tarkenton (VA Bar #20631)
Womble Bond Dickinson (US) LLP
2001 K Street, NW Suite 400 South
Washington, DC  20036
(202) 857-4450 – Telephone
(202) 261-0050 – Facsimile

*Counsel for Raymond A. Yancey,*
   *Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| In Re: : | : |
| : | Case No. 10-18839-BFK |
| MIN SIK KANG : | |
| MAN SUN KANG, : | Chapter 11 |
| : | |
| Debtors. : | |
| : | |

**ORDER GRANTING THE SECOND MOTION OF THE PLAN ADMINISTRATOR FOR ENTRY OF AN ORDER EXTENDING THE TERM OF THE TRUST**

Upon consideration of the Second Motion for Entry of an Order Extending the Term of the Trust filed by Raymond A. Yancey, in his capacity as the Plan Administrator ("Plan Administrator") for the Liquidation Trust (the "Liquidation Trust"), in the case of Min Sik Kang and Man Sun Kang; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.  The relief requested in the Motion is granted.

2.  The termination date for the Liquidation Trust is hereby extended to December 31, 2022.

3.  The Order is without prejudice to the Plan Administrator requesting a further extension, for good cause.

      4.      The Plan Administrator is authorized to take all actions necessary or appropriate to give effect to this Order.

      5.      This Court shall retain jurisdiction to hear and determine all matters related to and/or arising from the implementation and/or interpretation of this Order.

Date:_____                _____
                                                  United States Bankruptcy Judge

                    Entered on Docket: _____

I ASK FOR THIS:


\_\_\_\_/s/ Jeffrey L. Tarkenton_____
Jeffrey L. Tarkenton (VSB No. 20631)
Womble Bond Dickinson (US) LLP
2001 K Street, NW, Suite 400 South
Washington, DC  20006
(202) 857-4450 – Telephone
(202) 261-0050 – Facsimile

*Counsel for Raymond A. Yancey,*
  *Plan Administrator*

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                           /s/ Jeffrey L. Tarkenton
                                           Jeffrey L. Tarkenton

**PARTIES TO RECEIVE COPIES**:

Jeffrey L. Tarkenton – via CM/ECF

Office of the United States Trustee – via CM/ECF

Min Sik Kang
Man Sun Kang
9001 Lake Braddock Drive
Burke, VA  22015

James A. Vidmar, Esq.
Yumkas, Vidmar, Sweeney &
   Mulrenin, LLC
10211 Wincopin Circle
Suite 500
Columbia, MD  21044