Jeffrey L. Tarkenton (VSB No. 20631)
Womble Bond Dickinson (US) LLP
2001 K Street, NW, Suite 400 South
Washington, DC  20006
(202) 857-4450 – Telephone
(202) 261-0050 – Facsimile

*Counsel for Raymond A. Yancey,*
*    Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| In Re: | : |
| | : |
| | : **Case No. 10-18839-BFK** |
| **MIN SIK KANG** | : |
| **MAN SUN KANG,** | : **Chapter 11** |
| | : |
| **Debtors.** | : |
| | : |

**NOTICE OF MOTION AND HEARING THEREON**

PLEASE TAKE NOTICE that Raymond Yancey, the Plan Administrator for the Liquidation Trust (the "**Trust**"), by counsel, has filed the **Motion to Apply Funds Received from the Proceeds of Sale of Maplewood Supermarket, Inc.** (the "**Motion**") with the United States Bankruptcy Court for the Eastern District of Virginia (the "**Bankruptcy Court**"), a copy of which is simultaneously being served upon you.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one). Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of Court and served on the moving party within seven (7) days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order(s) granting the relief requested.**

PLEASE TAKE FURTHER NOTICE that on **June 28, 2022 at 11:00 AM** (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Brian F. Kenney, United States Bankruptcy Judge, and will move the Court for entry of an order approving the Motion.

The hearing will take place via Zoom. Zoom registration link:

EDVABK-ZOOM-Judge_Kenney@vaeb.uscourts.gov

If you do not want the Court to grant the relief, or if you want the Court to consider your views, then within seven (7) days before the hearing date you or your attorney must:

☒          File with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1 and the Case Management Order. You must mail or otherwise file it early enough so the Court will **receive** it on or before the due date identified herein.

> Clerk of the Court
> United States Bankruptcy
> Court, 200 South
> Washington Street,
> Alexandria, VA  22314-5405

You must also serve a copy on the undersigned counsel for Raymond A. Yancey, Plan Administrator

Dated:  June 6, 2022                  Respectfully submitted,


                         /s/ Jeffrey L. Tarkenton
Jeffrey L. Tarkenton (VSB No. 20631)
Womble Bond Dickinson (US) LLP
2001 K Street, NW, Suite 400 South
Washington, DC  20006
Telephone  202-857-4450
Facsimile:  202-261-0050
Email:  jeffrey.tarkenton@wbd-us.com

Counsel to the Plan Administrator

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of June 2022, I caused a copy of the foregoing

Notice of Hearing to be served upon all registered users via the Court's CM/ECF system and by first

class, U.S. mail, postage prepaid, upon the persons listed below.

American Express Bank FSB
c/o Becket and Lee LLP
P. O. Box 3001
Malvern, PA  19355-0701

Bank of America, N.A.
c/o Kevin Driscoll, Jr.
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL  60606

Brixmor/IA Northeast Plaza, LLC
c/o Heather D. Brown, Esq.
Kitchens Kelley Gaynes, P.C.
Eleven Piedmont Center – Suite 900
3495 Piedmont Road, NE
Atlanta, GA  30305-1717

Tony Chong & Kyung Kim
c/o Paul Kim, US SEC
2475 Lenox Road NE, Suite 500
Atlanta, GA  30326-1232

Seung Kyu and Yu Cha Park
6509 Flowerdew Hundred Court
Centreville, VA  20120

HSBC/SAKS
140 West Industrial Drive
Elmhurst, IL  60126-1602

US Bank, N.A.
101 Fifth Street East
Suite A
St. Paul, MN  55101

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA  19101-7346

Ogletree Deakins
918 South Pleasantburg Drive
Greenville, SC  29607-2424

James A. Vidmar, Esq.
Yumkas, Vidmar, Sweeney &
    Mulrenin, LLC
10211 Wincopin Circle
Columbia, MD  21044

Michael T. Freeman, Esq.
Office of the United States Trustee
1725 Duke Street
Alexandria, VA  22314

Min Sik Kang
Man Sun Kang
9001 Lake Braddock Drive
Burke, Virginia  22015

Five Days, Inc.
7825 Rappahannock Ave, Unit A
Jessup, MD 20794


           /s/ Jeffrey L. Tarkenton
          Jeffrey L. Tarkenton