# EXHIBIT 1

**RAYMOND A. YANCEY**
**1412 Colville Court**
**St. Augustine, FL 32095**
**TIN: 54-1497499**

CHAPTER 11 PLAN ADMINISTRATOR
MIN KANG BANKRUPTCY ESTATE
CASE 10-18839

STATEMENT OF SERVICES
April 1, 2021 through June 30, 2021

CLIENT:     Min Kang Bankruptcy Estate
CLIENT ID:  13-1001
INVOICE #:  MK-026-T

| **PROFESSIONAL FEES:** | Hours | Rate | Amount |
|---|---|---|---|
| Principal | 11.85 | $355.00 | $4,206.75 |
| **Total Professional Fees:** | | | **$4,206.75**  (1) |

| **EXPENSES:** | | | | | |
|---|---|---|---|---|---|
| Copier | 0 | pages @ | $0.50 | /pg | $0.00 |
| Fax | 0 | docs @ | $0.75 | /doc | $0.00 |
| FedEx | | | | | $0.00 |
| Mileage | 0 | miles @ | $0.58 | mi | $0.00 |
| Parking | | | | | $0.00 |
| Transportation | | | | | $0.00 |
| Postage | | | | | $0.00 |
| **Total Expenses** | | | | | **$0.00** |

**TOTAL DUE**                                                                                     **$4,206.75**

(1) Time & expense logs are available for review

**DUE UPON RECEIPT**

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

# R. A. Yancey Associates, Inc.
## Time by Job Detail
**April 1, 2021 through June 30, 2021**

| Date | Name | Duration | Notes |
|---|---|---|---|
| **Min Kang Bankruptcy Estate** | | | |
| **Principal - R. Yancey** | | | |
| 4/1/2021 | Raymond A. Yancey | 0.17 | Review Counsel's email on creditor distributions |
| 4/1/2021 | Raymond A. Yancey | 0.58 | Review motion to extend term of the Trust to June, 2022; prep comments to counsel |
| 4/2/2021 | Raymond A. Yancey | 0.50 | weekly review of DCR |
| 4/9/2021 | Raymond A. Yancey | 0.50 | weekly review of DCR |
| 4/16/2021 | Raymond A. Yancey | 0.50 | weekly review of DCR |
| 4/23/2021 | Raymond A. Yancey | 0.66 | Review counsel's guidance on registering with Court to attend virtual hearing; review instructions from Court Assistant on registering; enter online link to complete registration forms, submit forms for approval and review acceptance from Court |
| 4/30/2021 | Raymond A. Yancey | 0.50 | weekly review of DCR |
| 4/26/2021 | Raymond A. Yancey | 0.63 | Conference call with counsel and tax advisor to discuss IRS & Tax issues on closing case, hearing to extend Trust for one year, prep of 2020 returns, lack of ability to communicate with IRS and need confirmation that statue of limitations has expired |
| 4/26/2021 | Raymond A. Yancey | 0.25 | Coordinate conference call with Counsel and tax advisor on impending hearing |
| 4/26/2021 | Raymond A. Yancey | 0.16 | Prep of email to staff to send 2020 general ledger to tax advisor |
| 4/26/2021 | Raymond A. Yancey | 0.83 | Research files, cash reports, emails, etc in preparation for 4/27 hearing, review counsel's witness materials |
| 4/27/2021 | Raymond A. Yancey | 0.50 | Telephone conference with counsel for final prep for hearing and attend hearing |
| 5/4/2021 | Raymond A. Yancey | 0.50 | weekly review of DCR |
| 5/11/2021 | Raymond A. Yancey | 0.50 | weekly review of DCR |
| 5/12/2021 | Raymond A. Yancey | 0.25 | Review of instructions from counsel on filing of bond and prep of transmittal package |
| 5/12/2021 | Raymond A. Yancey | 0.48 | Review of memo from US Trustee's office transmitting original bond documents, prep of email to counsel requesting guidance on proper disposition of bond docs and phone call regarding same |
| 5/19/2021 | Raymond A. Yancey | 0.50 | weekly review of DCR |
| 5/17/2021 | Raymond A. Yancey | 0.17 | Prep of email to staff requesting status of sending 2020 GL to tax advisor |
| 5/24/2021 | Raymond A. Yancey | 0.50 | weekly review of DCR |

**R. A. Yancey Associates, Inc.**
**Time by Job Detail**
**April 1, 2021 through June 30, 2021**

| Date | Name | Duration | Notes |
|---|---|---:|---|
| 5/31/2021 | Raymond A. Yancey | 0.50 | weekly review of DCR |
| 6/2/2021 | Raymond A. Yancey | 0.42 | Telephone discussion with SWM regarding Trust expenses, file research on expenses, prep email to SWM confirming same |
| 6/9/2021 | Raymond A. Yancey | 0.50 | weekly review of DCR |
| 6/7/2021 | Raymond A. Yancey | 0.25 | Prep of email to counsel seeking status of filing applications, review counsel's response |
| 6/14/2021 | Raymond A. Yancey | 0.50 | weekly review of DCR |
| 6/21/2021 | Raymond A. Yancey | 0.50 | weekly review of DCR |
| 6/28/2021 | Raymond A. Yancey | 0.50 | weekly review of DCR |
| Total Principal - R. Yancey | | 11.85 | |
| Total Min Kang Bankruptcy Estate | | 11.85 | |
| **TOTAL** | | **11.85** | |