## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

|  |  |
|---|---|
| In Re: | : |
|  | : **Case No. 10-18839-BFK** |
| **MIN SIK KANG** | : |
| **MAN SUN KANG,** | : **Chapter 11** |
|  | : |
| Debtors. | : |
|  | : |

### ORDER GRANTING MOTION TO APPLY FUNDS RECEIVED FROM
### SALE OF MAPLEWOOD SUPERMARKET, INC.

Upon consideration of the Motion to Apply Funds Received from Sale of Maplewood Supermarket, Inc. filed by Raymond A. Yancey, in his capacity as the Plan Administrator ("Plan Administrator") for the Liquidation Trust (the "Liquidation Trust"), in the case of Min Sik Kang and Man Sun Kang; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The relief requested in the Motion is granted.

2.      The remaining proceeds of the sale of Maplewood Supermarket, Inc., which total $11,156.18 and which are held in reserve pursuant to the Order Granting Motion to Distribute Funds Received from Proceeds of Sale of Maplewood Supermarket, Inc. which was entered on November 4, 2011 [Dkt. No. 317] shall be paid to the Liquidation Trust.

3.      The Plan Administrator is authorized to take all actions necessary or appropriate to give effect to this Order.

4.      This Court shall retain jurisdiction to hear and determine all matters related to and/or arising from the implementation and/or interpretation of this Order.

Date: Jul 1 2022

/s/ Brian F Kenney

United States Bankruptcy Judge

Entered on Docket: Jul 1 2022

I ASK FOR THIS:

/s/ Jeffrey L. Tarkenton
Jeffrey L. Tarkenton
Womble Bond Dickinson (US) LLP
2001 K Street, NW, Suite 400 South
Washington, DC  20006
(VSB No. 20631)
(202) 857-4450 – Telephone
(202) 261-0050 – Facsimile

*Counsel for Raymond A. Yancey,*
    *Plan Administrator*

**<u>Local Rule 9022-1(C) Certification</u>**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant

to Local Rule 9022-1(C).

/s/ Jeffrey L. Tarkenton
Jeffrey L. Tarkenton

**PARTIES TO RECEIVE COPIES**:

Jeffrey L. Tarkenton – via CM/ECF

Bradford A. Englander – via CM/ECF

Office of the United States Trustee – via CM/ECF

Min Sik Kang
Man Sun Kang
9001 Lake Braddock Drive
Burke, VA  22015

James A. Vidmar, Esq.
Yumkas, Vidmar, Sweeney &
    Mulrenin, LLC
10211 Wincopin Circle
Suite 500
Columbia, MD  21044

Five Days, Inc.
7825 Rappahannock Ave, Unit A
Jessup, MD 20794