**RAYMOND A. YANCEY**
**1412 Colville Court**
**St. Augustine, FL 32095**
**TIN: 54-1497499**

CHAPTER 11 PLAN ADMINISTRATOR
MIN KANG BANKRUPTCY ESTATE
CASE 10-18839

STATEMENT OF SERVICES
Final Fee Application

CLIENT:      Min Kang Bankruptcy Estate
CLIENT ID:   13-1001
INVOICE #:   MK-031-T

| **PROFESSIONAL FEES:** | Hours | Rate | Amount |
|---|---|---|---|
| Principal | 33.71 | $355.00 | $11,967.05 |
| **Total Professional Fees:** | | | **$11,967.05**  (1) |

**EXPENSES:**

| | | | | | |
|---|---|---|---|---|---|
| Copier | 0 | pages @ | $0.50 | /pg | $0.00 |
| Fax | 0 | docs @ | $0.75 | /doc | $0.00 |
| FedEx | | | | | $0.00 |
| Mileage | 0 | miles @ | $0.58 | mi | $0.00 |
| Parking | | | | | $0.00 |
| Transportation | | | | | $0.00 |
| Postage | | | | | $0.00 |
| **Total Expenses** | | | | | **$0.00** |

**TOTAL DUE**                                                                $11,967.05

(1) Time & expense logs are available for review

**DUE UPON RECEIPT**

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

R. A. Yancey Associates, Inc.
## Time by Job Detail
Final Fee Application

| Date | Name | Duration | Notes |
|---|---|---|---|
| | | | |

**Min Kang Bankruptcy Estate**
   **Principal - R. Yancey**

| Date | Name | Duration | Notes |
|---|---|---|---|
| 7/5/2022 | Raymond A. Yancey | 0.30 | Review and approve tax advisor's 2n QTR STMT 2022 |
| 7/13/2022 | Raymond A. Yancey | 0.33 | Rev email from counsel regarding original duplicate surety bond, rev stored doc file and USTO 3/2021 corres regarding original surety and filing with Court |
| 7/19/2022 | Raymond A. Yancey | 0.20 | Telecon with counsel regarding Maplewood escrow finds held by WTP |
| 7/21/2022 | Raymond A. Yancey | 0.25 | Telecon with SWM regarding status of invoices & adm expenses |
| 7/21/2022 | Raymond A. Yancey | 0.33 | Rev first & second QTR 2022 and approved for submission to the Court |
| 7/21/2022 | Raymond A. Yancey | 0.25 | Rev of counsel's email regarding the debtor's submission of reports & transmittal to judgment purchasers |
| 8/2/2022 | Raymond A. Yancey | 0.42 | Rev & process Maplewood sale escrow, prep email to SWM regarding same, prep of FedEx transmitting the deposit |
| 8/2/2022 | Raymond A. Yancey | 0.25 | Telecon with counsel regarding fee notices and distribution |
| 8/2/2022 | Raymond A. Yancey | 0.42 | Deliver FedEx pkge to drop box; Telecon with counsel and SWM to coordinate payables; review schedule of payables |
| 8/5/2022 | Raymond A. Yancey | 0.58 | Process & execute checks for payables; prep US Mail and FedEx |
| 8/5/2022 | Raymond A. Yancey | 0.80 | Deliver package and mail to drop box & USPS |
| 8/9/2022 | Raymond A. Yancey | 0.25 | Rev & Resp to counsel's email re: filing of QTRLY notices |
| 8/9/2022 | Raymond A. Yancey | 0.58 | To BB&T to close Grand Mart Int'l checking account |
| 8/9/2022 | Raymond A. Yancey | 0.66 | Prep of FedEx pkge to SWM with BB&T closeout check and deposit instructions; deliver to FedEx drop |
| 8/9/2022 | Raymond A. Yancey | 0.25 | Prep of request for copies of fee notices; review of notices |
| 8/17/2022 | Raymond A. Yancey | 0.25 | Prep for case closing planning session |
| 9/6/2022 | Raymond A. Yancey | 0.25 | Rev cover letter and tax advisor's 8/31/22 stmt; forward same to counsel |
| 9/6/2022 | Raymond A. Yancey | 0.28 | Prep of email to Team to prep for Zoom confer on case closing procedures and requirements |
| 9/7/2022 | Raymond A. Yancey | 0.12 | Rev emails from various team members confirming availability for Zoom conf |
| 9/7/2022 | Raymond A. Yancey | 0.25 | Telecon with counsel regarding case closure & ongoing concerns over the IRS |
| 9/12/2022 | Raymond A. Yancey | 0.12 | Rev SWM email regarding Zoom conf; prep response to all |

# R. A. Yancey Associates, Inc.
## Time by Job Detail
### Final Fee Application

| Date | Name | Duration | Notes |
|---|---|---|---|
| 9/13/2022 | Raymond A. Yancey | 0.33 | Rev emails from team to reschedule Zoom conf; log in to cancel existing Zoom invite; prep invite to reschedule conf |
| 9/14/2022 | Raymond A. Yancey | 0.66 | Team Zoom conference to commence case closure |
| 9/16/2022 | Raymond A. Yancey | 0.25 | Cancelling NoVA conf with team; prep of email to SWM to send checks for 9/20 delivery |
| 9/16/2022 | Raymond A. Yancey | 0.28 | Received notice from Bk of America counsel to change payee address; fwd same to SWM and counsel |
| 9/19/2022 | Raymond A. Yancey | 0.25 | Telecon with counsel to discuss time required to close the case and procedures for handling returned creditor distributions |
| 9/19/2022 | Raymond A. Yancey | 0.25 | Prep of inquiry to Surety Carrier for procedures and documents require to cancel Surety Bond when the case closes |
| 9/21/2022 | Raymond A. Yancey | 0.23 | Telecon with SWM to continue discussing case closure procedures, record retention, closing bank accounts and time allocation |
| 9/21/2022 | Raymond A. Yancey | 0.35 | Rev email from surety company with requirements to cancel bond; prep email to counsel requesting contact with USTO to determine their requirements for issuing cancellation approval |
| 9/21/2022 | Raymond A. Yancey | 0.42 | Rev counsel's email providing four docketed quarterly fee statements, print same; rev four stmts in order to prep for payment processing on 9/21; rev counsel's email breaking out fees and expenses for both counsel and tax advisor |
| 9/22/2022 | Raymond A. Yancey | 0.33 | Rev a series of emails between counsel, USTO and surety company re: cancelling surety bond unpo case closure |
| 9/22/2022 | Raymond A. Yancey | 0.25 | Rev tax advisor's estimated final stmt to close the case |
| 9/22/2022 | Raymond A. Yancey | 0.42 | Process and execute checks for payables; prep FedEx pkge |
| 9/22/2022 | Raymond A. Yancey | 0.55 | Deliver FedEx pkge to drop |
| 9/30/2022 | Raymond A. Yancey | 22.00 | Case administration through closing (estimate) |
| **Total Principal - R. Yancey** | | **33.71** | |
| **Total Min Kang Bankruptcy Estate** | | **33.71** | |
| **TOTAL** | | **33.71** | |