**R. A. YANCEY & ASSOCIATES, INC.**
**1412 Colville Court**
**St. Augustine, FL 32095**
**TIN: 54-1497499**

CHAPTER 11 PLAN ADMINISTRATOR
MIN KANG BANKRUPTCY ESTATE
CASE 10-18839

STATEMENT OF SERVICES
Final Fee Application

CLIENT:     Min Kang Bankruptcy Estate
CLIENT ID:  13-1001
INVOICE #:  MK-031-P

| PROFESSIONAL FEES: | Hours | Rate | Amount |
|---|---|---|---|
| Senior Associate | 23.40 | $220.00 | $5,148.00 |
| Associate | 146.50 | $150.00 | $21,975.00 |
| **Total Professional Fees:** | | | **$27,123.00**  (1) |

**EXPENSES:**

| | | | | | |
|---|---|---|---|---|---|
| Copier | 0 | pages @ | $0.50 | /pg | $0.00 |
| Fax | 0 | docs @ | $0.75 | /doc | $0.00 |
| FedEx | | | | | $516.69 |
| Mileage | 225.4 | miles @ | $0.585 | mi | $131.86 |
| Other - document retention and destruction | | | | | $750.00 |
| Other - bank supplies | | | | | $36.74 |
| Postage | | | | | $0.00 |
| **Total Expenses** | | | | | **$1,435.29** |

**TOTAL DUE**                                                                 **$28,558.29**

(1) Time & expense logs are available for review

**DUE UPON RECEIPT**

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE

R. A. Yancey Associates, Inc.
## Time by Job Detail
**Final Fee Application**

| Date | Name | Duration | Notes |
|---|---|---|---|

**Min Kang Bankruptcy Estate**
  **Associate**

| Date | Name | Duration | Notes |
|---|---|---|---|
| 07/01/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/02/2022 | Roger Gonzalez | 0.40 | Retrieval and redaction of June bank statements |
| 07/04/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/05/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/05/2022 | Roger Gonzalez | 0.20 | Accounting updates |
| 07/06/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/07/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/07/2022 | Tammy Rubin | 0.90 | Retrieve, Review and Sort POB Correspondence |
| 07/08/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/11/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/12/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/13/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/14/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/15/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/15/2022 | Tammy Rubin | 1.00 | Retrieve, Review and Sort POB Correspondence |
| 07/18/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/19/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/20/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/20/2022 | Roger Gonzalez | 1.00 | Account Reconciliation, Retrieved Financial Reports and compiled MOR |

R. A. Yancey Associates, Inc.
## Time by Job Detail
**Final Fee Application**

| Date | Name | Duration | Notes |
|---|---|---|---|
| 07/21/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/22/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/22/2022 | Tammy Rubin | 0.90 | Retrieval and sort correspondence from P.O. Boxes |
| 07/25/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/26/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/27/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/28/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 07/28/2022 | Tammy Rubin | 0.90 | Retrieve and sort P.O. Box mail |
| 07/28/2022 | Tammy Rubin | 0.10 | Scan and save retrieved mail |
| 07/29/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/01/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/01/2022 | Roger Gonzalez | 0.40 | Retrieval and redaction of July bank statements |
| 08/02/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/03/2022 | Roger Gonzalez | 0.50 | Review bank transactions, prepare and send daily cash update |
| 08/03/2022 | Roger Gonzalez | 0.20 | Accounting updates |
| 08/04/2022 | Roger Gonzalez | 0.50 | Review bank transactions, prepare and send daily cash update |
| 08/04/2022 | Tammy Rubin | 0.80 | Retrieve and sort P.O. Box mail |
| 08/05/2022 | Roger Gonzalez | 0.50 | Review bank transactions, prepare and send daily cash update |
| 08/08/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/09/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/10/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/11/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/11/2022 | Tammy Rubin | 0.90 | Retrieve and sort P.O. Box mail |

R. A. Yancey Associates, Inc.
## Time by Job Detail
Final Fee Application

| Date | Name | Duration | Notes |
|---|---|---:|---|
| 08/12/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/15/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/16/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/17/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/17/2022 | Tammy Rubin | 0.90 | Retrieve and sort P.O. Box mail |
| 08/18/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/18/2022 | Roger Gonzalez | 1.00 | Account Reconciliation, Retrieved Financial Reports and compiled MOR |
| 08/19/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/22/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/23/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/24/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/25/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/25/2022 | Tammy Rubin | 0.90 | Retrieve and sort P.O. Box mail |
| 08/26/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/29/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/30/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 08/31/2022 | Roger Gonzalez | 0.50 | Review bank transactions and accounting updates, and prepare and send daily cash update |
| 09/30/2022 | Roger Gonzalez | 16.00 | September daily cash updates, accounting reconciliations, PO box retrieval and review |
| 10/31/2022 | Roger Gonzalez | 16.00 | October daily cash updates, accounting reconciliations, PO box retrieval and review |

## R. A. Yancey Associates, Inc.
## Time by Job Detail
**Final Fee Application**

| Date | Name | Duration | Notes |
|---|---|---:|---|
| 11/30/2022 | Roger Gonzalez | 16.00 | November daily cash updates, accounting reconciliations, PO box retrieval and review |
| 12/31/2022 | Roger Gonzalez | 16.00 | December daily cash updates, accounting reconciliations, PO box retrieval and review |
| 01/31/2023 | Roger Gonzalez | 16.00 | January daily cash updates, accounting reconciliations, PO box retrieval and review |
| 10/31/2022 | Roger Gonzalez | 12.00 | Initial Distribution |
| 11/30/2022 | Roger Gonzalez | 12.00 | Final Distribution |
| 12/31/2022 | Roger Gonzalez | 4.00 | Final Reporting |
| 01/31/2023 | Roger Gonzalez | 6.00 | Document Storage and Retention |
| Total Associate | | 146.50 | |
| Total Min Kang Bankruptcy Estate | | 146.50 | |
| **TOTAL** | | **146.50** | |

# R. A. Yancey Associates, Inc.
## Time by Job Detail
### Final Fee Application

| Date | Name | Duration | Notes |
|---|---|---|---|
| **Min Kang Bankruptcy Estate** | | | |
| **Sr. Associate - S. Miller** | | | |
| 08/04/2022 | Scott W. Miller | 1.50 | review and process professional fee payments; tel w/ R Yancey; accounting update; prep and send Fed |
| 07/15/2022 | Scott W. Miller | 2.50 | review prep and compile timesheets and invoices |
| 07/21/2022 | Scott W. Miller | 1.10 | prep and update timesheets and professional invoices; emails and tel w/ R Yancey |
| 08/24/2022 | Scott W. Miller | 0.80 | prep and make deposit at ANB |
| 09/30/2022 | Scott W. Miller | 1.50 | September administration (est) |
| 10/31/2022 | Scott W. Miller | 1.50 | October administration (est) |
| 11/30/2022 | Scott W. Miller | 1.50 | November administration (est) |
| 12/31/2022 | Scott W. Miller | 1.50 | December administration (est) |
| 01/31/2023 | Scott W. Miller | 1.50 | January administration (est) |
| 10/31/2022 | Scott W. Miller | 2.00 | Initial Distribution (est) |
| 11/30/2022 | Scott W. Miller | 2.00 | Final Distribution (est) |
| 12/31/2022 | Scott W. Miller | 4.00 | Final Reporting (est) |
| 01/31/2022 | Scott W. Miller | 2.00 | Document storage and retention (est) |
| Total Sr. Associate - S. Miller | | 23.40 | |
| Total Min Kang Bankruptcy Estate | | 23.40 | |
| **TOTAL** | | **23.40** | |