Jeffrey L. Tarkenton (VSB No. 20631)
Womble Bond Dickinson (US) LLP
2001 K Street, NW, Suite 400 South
Washington, DC  20006
(202) 857-4450 – Telephone
(202) 261-0050 – Facsimile

*Counsel for Raymond A. Yancey,*
    *Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| In Re: | |
| | Case No. 10-18839-BFK |
| MIN SIK KANG | |
| MAN SUN KANG, | Chapter 11 |
| | |
| Debtors. | |

**FINAL QUARTERLY POST-CONFIRMATION FEE STATEMENT OF WOMBLE BOND DICKINSON (US) LLP AS COUNSEL FOR THE PLAN ADMINISTRATOR**

In accordance with Article V(D)(4)(b) of the Revised First Amended Plan of Liquidation of the Estates of Min Sik Kang and Man Sun Kang (the "Plan") confirmed in the above-captioned case, Womble Bond Dickinson (US) LLP, counsel for Raymond A. Yancey, the Plan Administrator under the Plan, hereby submits this Final Quarterly Post-Confirmation Fee Statement of Womble Bond Dickinson (US) LLP as Counsel for the Period of July 1, 2022 Through September 30, 2022.

Name of Professional:  Womble Bond Dickinson (US) LLP

Period for Which Compensation Is Sought:  July 1, 2022 to September 30, 2022

Amount of Compensation Sought:  $26,684.50

Amount of Expense Reimbursement Sought:  $0

<u>Total Amount of Compensation and Expenses Sought</u>:  $26,684.50

<u>This Is a</u>:  Quarterly Fee Statement

A detailed itemization of the services rendered and expenses incurred is set forth in *Exhibit 1* attached hereto.

Dated:  October 11, 2022              Respectfully submitted,


    /s/ Jeffrey L. Tarkenton
Jeffrey L. Tarkenton (VSB No. 20631)
Womble Bond Dickinson (US) LLP
2001 K Street, NW, Suite 400 South
Washington, DC  20006
Telephone  202-857-4450
Facsimile:  202-261-0050
Email:  jeffrey.tarkenton@wbd-us.com

*Counsel for Raymond A. Yancey,*
   *Plan Administrator*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of October, 2022 I caused a copy of the foregoing Final Quarterly Post-Confirmation Fee Statement of Womble Bond Dickinson (US) LLP as Counsel for the Plan Administrator for the Period of July 1, 2022 to September 30, 2022 to be served upon all registered users via the Court's CM/ECF system and by first class, U.S. mail, postage prepaid, upon the persons listed below:

American Express Bank FSB
c/o Becket and Lee LLP
P. O. Box 3001
Malvern, PA  19355-0701

Bank of America, N.A.
c/o Kevin Driscoll, Jr.
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL  60606

Brixmor/IA Northeast Plaza, LLC
c/o Kitchens Kelley Gaynes, P.C.
Glenridge Highlands One
Suite 800
5555 Glenridge Connector
Atlanta, GA 30342

HSBC Finance Corp.
140 West Industrial Drive
Elmhurst, IL  60126-1602

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA  19101-7346

Ogletree Deakins
1909 K Street, NW, Suite 1000
Washington, DC 20006

Michael T. Freeman, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314

Min Sik Kang
Man Sun Kang
9001 Lake Braddock Drive
Burke, Virginia  22015

Seng Kyu Park
Yu Cha Park
6509 Flowerdew Hundred Ct.
Centreville, VA  20120

    /s/ Jeffrey L. Tarkenton
Jeffrey L. Tarkenton