**WOMBLE
BOND
DICKINSON**

**Womble Bond Dickinson (US) LLP**
2001 K Street, NW
Suite 400 South
Washington, D.C. 20006

Tel: (202) 857-4400
Fax: (202) 467-6910
www.womblebonddickinson.com

September 27, 2022
Matter Number 69303.0002.9
Bill Number 4722421
STATEMENT FOR SERVICES RENDERED

Raymond A. Yancey
1412 Colville Court
St. Augustine, FL  32095

RE:    Kang, Min Sik and Man Sun

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/22/2022 _____ $26,684.50

**CURRENT TOTAL** _____ **$26,684.50**

| If paying by check or online banking bill payment, please remit payment **DUE ON RECEIPT** to the following address: | If paying by wire or ach, please remit payment **DUE ON RECEIPT** as follows: | |
|---|---|---|
| PO Box 601879<br>Charlotte, North Carolina 28260-1879<br><br>**Please *do not* use the above address for trust funds or retainer payments**. Please send all trust funds and retainer payments directly to One West Fourth Street, Winston-Salem, NC 27101. | Wells Fargo Bank, N.A.<br>1525 W.T. Harris Blvd.<br>Charlotte, NC 28288<br>ABA no. 1 2 1 0 0 0 2 4 8<br>Swift Code: W F B I U S 6 S | For Credit To:<br>Womble Bond Dickinson (US) LLP<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Account no. 2 0 8 7 3 1 1 0 4 0 4 0 8 |
| | **PLEASE include our bill # and client/matter# on EFT, or e-mail remittance advice to AccountsReceivable@wbd-us.com.** | |
| **Tax Identification Number 56-0308470** | | |
| Accounting questions regarding your invoices can be directed to (336)728–7040 or AccountsReceivable@wbd-us.com. | | |

IF PAYING BY CHECK, PLEASE RETURN THIS PAGE WITH PAYMENT

THANK YOU FOR YOUR BUSINESS

# WOMBLE BOND DICKINSON

**Womble Bond Dickinson (US) LLP**
2001 K Street, NW
Suite 400 South
Washington, D.C. 20006

Tel: (202) 857-4400
Fax: (202) 467-6910
www.womblebonddickinson.com

September 27, 2022
Matter Number 69303.0002.9
Bill Number 4722421
STATEMENT FOR SERVICES RENDERED

Raymond A. Yancey
1412 Colville Court
St. Augustine, FL  32095

RE:   Kang, Min Sik and Man Sun

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/22/2022 | $26,684.50 |
| **CURRENT TOTAL** | **$26,684.50** |

| If paying by check or online banking bill payment, please remit payment **DUE ON RECEIPT** to the following address: | If paying by wire or ach, please remit payment **DUE ON RECEIPT** as follows: | |
|---|---|---|
| PO Box 601879<br>Charlotte, North Carolina 28260-1879<br><br>**Please *do not* use the above address for trust funds or retainer payments**. Please send all trust funds and retainer payments directly to One West Fourth Street, Winston-Salem, NC 27101. | Wells Fargo Bank, N.A.<br>1525 W.T. Harris Blvd.<br>Charlotte, NC 28288<br>ABA no. 1 2 1 0 0 0 2 4 8<br>Swift Code: W F B I U S 6 S | For Credit To:<br>Womble Bond Dickinson (US) LLP<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Account no. 2 0 8 7 3 1 1 0 4 0 4 0 8 |
| | **PLEASE** include our bill # and client/matter# on EFT, or e-mail remittance advice to AccountsReceivable@wbd-us.com. | |
| **Tax Identification Number 56-0308470** | | |
| Accounting questions regarding your invoices can be directed to (336)728–7040 or AccountsReceivable@wbd-us.com. | | |

Yancey, Raymond
Kang, Min Sik and Man Sun

69303.0002.9/4722421

### ITEMIZED SERVICES BILL

| Date: | Description: | Attorney: | Hours: |
|---|---|---|---|
| 07/11/2022 | Draft statement; review trust agreement and plan for steps to take to terminate trust | Tarkenton, Jeffrey L. | 1.20 |
| 07/13/2022 | Emails with Ray Yancey regarding bond | Tarkenton, Jeffrey L. | 0.30 |
| 07/21/2022 | Email with Brad Englander regarding check and with Brandan Simas regarding Kangs' semi-annual reports | Tarkenton, Jeffrey L. | 0.30 |
| 07/22/2022 | Work on case and trust closing issues | Tarkenton, Jeffrey L. | 2.10 |
| 07/25/2022 | Draft fee statements | Tarkenton, Jeffrey L. | 1.50 |
| 07/30/2022 | Work on issues regarding trust termination | Tarkenton, Jeffrey L. | 2.20 |
| 08/01/2022 | Draft fee statements | Tarkenton, Jeffrey L. | 1.70 |
| 08/02/2022 | Edit fee statements | Tarkenton, Jeffrey L. | 1.10 |
| 08/02/2022 | Draft schedule of fees that were previously filed for R.A Yancey and Associates, Raymond Yancey, and WBD | Tilva, Rahul R.* | 0.70 |
| 08/04/2022 | Prepare fee schedule per instructions from Jeffrey Tarkenton | Tilva, Rahul R.* | 0.50 |
| 08/08/2022 | Finalize statements | Tarkenton, Jeffrey L. | 0.40 |
| 08/08/2022 | Finalize fee statements and file under the supervision of Jeffrey Tarkenton | Tilva, Rahul R.* | 0.50 |
| 08/10/2022 | Emails with Stan Samorajczyck regarding next distributions | Tarkenton, Jeffrey L. | 0.20 |
| 08/10/2022 | Retrieve file-stamped copies of Fee statement filings from PACER | Tilva, Rahul R.* | 0.20 |
| 08/30/2022 | Review material to terminate the trust | Tarkenton, Jeffrey L. | 2.10 |
| 08/31/2022 | Draft Mendelson statement | Tarkenton, Jeffrey L. | 0.40 |
| 09/02/2022 | Prepare and file Third Notice of Filing of Fee Statement for M & M | Nemith, Michael W.* | 0.50 |
| 09/06/2022 | Review trust termination issues | Tarkenton, Jeffrey L. | 2.10 |
| 09/07/2022 | Call with Ray Yancey regarding trust termination | Tarkenton, Jeffrey L. | 0.20 |
| 09/14/2022 | Telephone call with Ray Yancey and team regarding final steps to terminate the trust; review trust agreement and emails regarding same | Tarkenton, Jeffrey L. | 1.50 |
| 09/15/2022 | Draft fee statements for professionals | Tarkenton, Jeffrey L. | 2.00 |
| 09/16/2022 | Draft final report and notice of termination of trust | Tarkenton, Jeffrey L. | 2.00 |
| 09/19/2022 | Telephone conference with Ray Yancey regarding terminating trust | Tarkenton, Jeffrey L. | 0.20 |
| 09/20/2022 | Emails with Ray Yancey and Scott Miller regarding | Tarkenton, Jeffrey L. | 0.50 |

Yancey, Raymond
Kang, Min Sik and Man Sun

69303.0002.9/4722421

| | payments and surety bond issues | | |
|---|---|---|---|
| 09/20/2022 | Retrieve file-stamped copies of quarterly fee statements and circulate PDFs to Jeffrey Tarkenton | Tilva, Rahul R.* | 0.20 |
| 09/21/2022 | Emails with US Trustee and surety regarding release of bond | Tarkenton, Jeffrey L. | 0.30 |
| 09/21/2022 | Estimated fees to complete case and terminate the trust | Tarkenton, Jeffrey L. | 10.00 |

**Total for Services:** $ 26,684.50

\*   If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Yancey, Raymond
Kang, Min Sik and Man Sun

69303.0002.9/4722421

**TIMEKEEPER SUMMARY**

| Attorney: | Hours: | Amount: | Rate: |
|---|---|---|---|
| Tarkenton, Jeffrey L. | 32.30 | $ 25,678.50 | $ 795.00 |
| Nemith, Michael W.* | 0.50 | $ 197.50 | $ 395.00 |
| Tilva, Rahul R.* | 2.10 | $ 808.50 | $ 385.00 |
| **Totals:** | 34.90 | $ 26,684.50 | |

\* If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

**<u>Use of Legal Support Service Providers</u>**

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information. WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product.  As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.